UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:17-cv-0346-ALM-CAN
Name of party requesting extension: Commonwealth Financial Systems, Inc.
Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: May 22, 2017
Number of days requested:   ☐ 30 days
☐ 15 days
✔ Other  14  days

New Deadline Date: 06/26/2017   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Whitney L. White
State Bar No.: 24075269
Firm Name: Sessions, Fishman, Nathan & Israel
Address: 900 Jackson Street, Suite 440
         Dallas, Texas 75202

Phone: 214-741-3001
Fax:   214-741-3055
Email: wwhite@sessions.legal

A certificate of conference does not need to be filed with this unopposed application.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF and U.S. Mail upon the following:

David E. Mack
7720 McCallum Blvd. #2099
Dallas, TX 75252
Telephone: (972) 735-9642
E-mail: mack2001@swbell.net

/s/ Whitney L. White
Whitney L. White