PLEASE EXECUTE THIS ACKNOWLEDGEMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK. (NO POSTAGE NEEDED.)

TO: David E Mack

RE: 4:17 cv 346 #5

RECEIVED: 6-29-17

**FILED**
JUL - 7 2017
Clerk, U.S. District Court
Texas Eastern

on this 29 day of June, 20 17.

SIGNED: _____
(Addressee/Agent for Addressee)