**FILED**
**JUL 26 2017**
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-346-ALM-CAN |
| | § | |
| COMMONWEALTH | § | |
| FINANCIAL SYSTEMS, INC. | § | |
|     Defendant. | § | |

## NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)

COMES NOW the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for the Defendant in this cause of action on July 26, 2017.

Respectfully Submitted,

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated:  July 26, 2017

_____
David E Mack

Whitney L. White
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202