**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **DAVID E. MACK,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 4:17-cv-00346-ALM-CAN |
| | § |
| **COMMONWEALTH FINANCIAL SYSTEMS, INC.,** | § |
| | § |
| Defendant. | § |

**NOTICE**

Pursuant to Local Rule 26(c), Defendant, Commonwealth Financial Systems, Inc. ("Commonwealth"), hereby provides notice that it has served the disclosures required under Federal Rule of Civil Procedure 26(a)(1) upon plaintiff, David Mack, via U.S. Mail today, July 28, 2017.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant,
Commonwealth Financial Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via U.S. Mail upon the following:

David E. Mack
7720 McCallum Blvd. #2099
Dallas, TX 75252
Telephone: (972) 735-9642
E-mail: mack2001@swbell.net
*Pro Se Plaintiff*

                                              /s/ Whitney L. White
                                              Whitney L. White