**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK,<br>　　　Plaintiff,<br><br>v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC.,<br>　　　Defendant. | §<br>§<br>§　CIVIL ACTION NO. 4:17-CV-00346-ALM-<br>§　CAN<br>§<br>§<br>§<br>§ |

## ORDER

Currently this case is set for a Rule 16 management conference on *Monday, August 21, 2017, at 2:30 p.m.* in Sherman, Texas [Dkt. 5]. The Rule 16 management conference is hereby canceled. Accordingly,

It is therefore **ORDERED** that the Rule 16 management conference set for *Monday, August 21, 2017, at 2:30 p.m.* is hereby **CANCELED**.

**IT IS SO ORDERED.**
　SIGNED this 1st day of August, 2017.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo