**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  4:17-CV-00346-ALM-CAN |
| v. | § § | |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

**ORDER**

The Court sets this matter for a telephonic status conference on *Wednesday, November 8, 2017*, *at 2:00 p.m.*  The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 1:55 p.m.

**IT IS SO ORDERED**.

SIGNED this 1st day of August, 2017.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE