**FILED**

AUG 17 2017

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK<br>*Plaintiff,*<br><br>vs<br><br>COMMONWEALTH<br>FINANCIAL SERVICES, INC.<br>*Defendant.* | § § § § § § § § § § § §   Case No 4:17-cv-346-ALM-CAN |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, David E. Mack, and informs the Court that a settlement of the above captioned matter has been reached between Plaintiff, David E. Mack, and Commonwealth Financial Services, Inc. The parties have reached agreement and a Stipulated Motion to Dismiss with Prejudice will be filed by the parties upon completion of all settlement matters.

Respectfully Submitted,

_____
David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: August 17, 2017

_____
David E Mack

Whitney L. White
Sessions, Fishman, Nathan & Israel
900 Jackson Street, Suite 440
Dallas, Texas 75202