# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DAVID E. MACK | § |
| | § Civil Action No. 4:17-CV-346 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMONWEALTH FINANCIAL SYSTEMS, INC. | § |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #17) jointly filed in this cause by Plaintiff David E. Mack ("Plaintiff") and Defendant Commonwealth Financial Systems, Inc. ("Defendant") (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 **SIGNED this 31st day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE