**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David E. Mack
   7720 McCallum Blvd #2099
   Dallas, TX 75252

   9590 9402 2166 6193 4280 31

2. Article Number (Transfer from service label)

   7016 2070 0000 8070 8653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   David E. Mack

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

   4:17cv346
   Order #16

FILED SEP 1 2017 Clerk, U.S. District Court Texas Eastern

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt